# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN THOMAS,<br><br>                        Petitioner,<br><br>              v.<br><br>UNKNOWN,<br><br>                        Respondent. | Case No. EDCV 16-2664-MWF (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

///

3. The Clerk serve copies of this Order on the parties.

DATED: March 13, 2018

                                        MICHAEL W. FITZGERALD
                                        UNITED STATES DISTRICT JUDGE