**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SHAUN THOMAS,

                    Petitioner,

        v.

UNKNOWN,

                    Respondent.

Case No. EDCV 16-2664-MWF (LAL)

**JUDGMENT**

      Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 13, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE